UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED FOOD IMPORTS, INC., <br><br>            Plaintiff, <br><br> v. <br><br> BAROODY IMPORTS, INC., et. al., <br><br>            Defendants. | Civ. No. 09-2835 (DRD) <br><br><br> **ORDER** |

This matter having come before the Court on Plaintiff's Motion for Summary Judgment and the Court having considered the submissions and oral argument of the parties; and for the reasons set forth in an Opinion of even date;

IT IS on this 8th day of June, 2011, hereby ORDERED that:

1. Plaintiff's Motion for Summary Judgment as to liability is GRANTED.

2. Defendants Paradise Halal Meat, LLC, and Abdelgawad Elsayed are enjoined from selling any products using the "Basma" trademark or associated packaging and graphics on file with the United States Patent and Trademark Office ("USPTO") under registration number 3,398,369.

s/ Dickinson R. Debevoise
DICKINSON R. DEBEVOISE, U.S.S.D.J.